**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000518
02-JAN-2015
10:25 AM**

CAAP-12-0000518

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
BRANDON K. KAHAI, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 09-1-0093(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on October 31, 2014, is hereby corrected as follows:

1.  On page 5, in the fifteenth line, the word "though" should be replaced with "through" so that as corrected the text reads: ". . . through a license check."

2.  On page 13, in the fourth line from the bottom of the page, the comma between "standard" and "and" should be deleted so that as corrected, the text reads: ". . . standard and its conclusions . . . ."

3.  On page 18, in the seventeenth line, the word "has" should be replaced with "had" so that as corrected, the text reads: ". . . proof that Kahai had sexually . . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, January 2, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge